Ronald E. Stadtmueller, Chapter 13 Trustee  
Check No. 699469  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-10812 | 999-0 | BRYAN A WELCH<br>Original Check written to:<br>BRYAN A WELCH<br>275 SELF RD<br>VIDOR, TX  77662 | | 0.00 | 1.00 | 0.00 | 1.00 |
| 04-10909 | 003-1 | LUCINDA LANELLE DEMAREST<br>Original Check written to:<br>BOMBARDIER CAPITAL INC<br>261 MOUNTAIN VIEW DR<br>COLCHESTER, VT  05446-5823 | xxxxxx2958 | 11,985.76 | 3.00 | 0.00 | 3.00 |
| 04-11153 | 009-0 | BENJAMIN JARVIS ROWLEY<br>Original Check written to:<br>STARWARD REALTY<br>P. O. BOX 10280<br>COLLEGE STATION, TX  77842 | xxxxxxxxIDED | 0.00 | 37.13 | 0.00 | 37.13 |
| 04-11196 | 004-0 | KATRINA FAGGARD<br>Original Check written to:<br>BILL CLARK BUGSPERT<br>P O BOX 5511<br>BEAUMONT, TX  77726 | xx7303 | 73.21 | 4.73 | 0.00 | 4.73 |
| 04-11607 | 004-0 | PATRICK R WASHINGTON<br>Original Check written to:<br>IRWIN MORTGAGE<br>P. O. BOX 6107<br>INDIANAPOLIS, IN  46206 | xxxxxxxxxxxxxxxxxxxx2816 | 0.00 | 223.34 | 0.00 | 223.34 |
| 04-90552 | 999-0 | DONALD SCOT SKIPPER<br>Original Check written to:<br>DONALD SCOT SKIPPER<br>1280 EDGEWOOD CIRCLE<br>LUFKIN, TX  75904 | | 0.00 | 2.00 | 0.00 | 2.00 |
| 05-10035 | 004-0 | LENIS WAYNE DOUGET SR<br>Original Check written to:<br>ORANGE COUNTY TAC<br>P O BOX 1568<br>ORANGE, TX  77631-1568 | xxxxxxxxx0120 | 0.00 | 38.18 | 0.00 | 38.18 |